**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PEDRO CERUTTI, JR.,**

       **Plaintiff,**

**-vs-**                                                                                    **Case No. 6:12-cv-340-Orl-28KRS**

**ORANGE COUNTY CORRECTIONS DEPARTMENT,**

       **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) and Motion for Relief of Attorney (Doc. No. 3), both filed March 5, 2012. The United States Magistrate Judge has submitted a report recommending that the motions be denied and the case be dismissed.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by Plaintiff (Doc. No. 7),the Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 19, 2012 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED**.

3.	Plaintiff's Motion for Relief of Attorney (Doc. No. 3) is **DENIED**.

4.	This case is dismissed and the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___24th___ day of April, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge